# Law Offices of Scott Pawgan

122 W. Davis Suite 116
Conroe, TX 77301
Phone: (936) 242-6975
Facsimile: (936-) 788-6199
Website: www.conroecriminallawyer.net
E-Mail: scottpawgan@yahoo.com

WR-82,063-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/14/2015 7:21:08 AM
Accepted 7/14/2015 10:17:04 AM
ABEL ACOSTA
CLERK

*Board Certified in Criminal Law by the
Texas Board of Legal Specialization

*Board Member, Montgomery County Criminal
 Lawyers Association

*Associate Board Member, Texas Criminal
 Lawyers Association

RECEIVED:
COURT OF CRIMINAL APPEALS
7/15/2015
ABEL ACOSTA, CLERK

*Member, National Association Criminal
 Defense Lawyers
*Member, Texas Criminal Defense Lawyers
 Association
*Member, Harris County Criminal Lawyers
 Association
*Member, Polk County Criminal Lawyers
 Association
*Member, National College of DWI Defense

July 14, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

> Re:   Court of Appeals No. WR-82063-01; *Ex Parte Elmer Howard Whisenant*; In the
>       Court of Criminal Appeals in Austin, Texas

Dear Mr. Acosta,

I received notice that in the above referenced writ, the Court received the supplemental clerk's record from Johnson County last week. Since this case has been remanded, Undersigned Counsel has not received any orders designating issues, ordering affidavits or any findings of fact and conclusions of law from the court.

While the findings of facts, conclusions of law and recommendations of the trial court were filed on July 2, 2015, since Applicant's counsel was not sent a copy, applicant's counsel was not aware of the until a full week later when Counsel had checked the Johnson County District Clerk's website. Counsel only received notice this Court had received the findings of facts, conclusions of law and recommendations of the trial court when he received notice from this Court on Thursday July 8, 2015.

Counsel was out of the office last week at a CLE and did not return until this morning and it appears a copy of the findings of facts, conclusions of law and recommendations of the trial court sent to this court were not sent to Applicant's Counsel. Counsel only received a copy of the findings of facts, conclusions of law and recommendations of the trial court by contacting the Johnson County District Clerk's office directly and getting a copy e-mailed.

Applicant's Counsel is requesting no action be taken on this writ until at a minimum Friday July 31, 2015. This will allow Counsel proper time to be able to fully review findings of facts, conclusions of law and recommendations of the trial court and file proper objections to findings of facts, conclusions of law and recommendations of the trial court. Counsel is requesting this time as he is currently set for trial on July 20 in the 411th Judicial District Court

and is set to try a Civil Commitment of a sexually violent predator case on July 27, 2015 in In Re the Commitment of Rodney Haines.

Thank you for your time and consideration in this matter.

Sincerely

Scott Pawgan